ERIC HINES
#663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302

UNITED STATES DISTRIC[T]
P.O. BOX 2797
CAMDEN, NJ 08101

RECEIVED
MAR 24 2020
AT 8:30
WILLIAM T. WALSH
CLERK      M

RECEIVED
MAR 24 2020
AT 8:30
WILLIAM T. WALSH
CLERK      M

X-RAYED


