UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                               :
ERIC HINES,                    :
                               :
        Plaintiff,             :    Civ. No. 20-3183 (NLH) (AMD)
                               :
                               :
    v.                         :    ORDER
                               :
COMMISSIONER GARY M. LANIGAN,  :
et al.,                        :
                               :
        Defendants.            :
_____:
```

For the reasons expressed in the accompanying Opinion,

IT IS on this ___1st___ day of April, 2020,

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee, for failure to include either the required filing fee or a complete application to proceed in forma pauperis; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Affidavit of Poverty and Account Certification (Civil Rights) (DNJ-ProSe-007-A-(Rev.05/2013))," to be used by Plaintiff in any future application to proceed in forma pauperis; and it is further

ORDERED that if Plaintiff wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

1

    Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101,

within thirty (30) days after the date of entry of this Order; and it is further

    ORDERED that Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and a certified copy of Plaintiff's trust fund account statement showing each individual transaction that occurred during the six month period immediately preceding the filing of the Complaint, or (2) the $350 filing fee plus the $50 administrative fee; and it is further

    ORDERED that after receipt of any such notification from Plaintiff, the Clerk of Court shall REOPEN this matter; and it is finally

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

At Camden, New Jersey                 s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.