Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302

April 7, 2020

Clerk of the Court
Mitchell H. Cohen Building
and U.S. Courthouse, Fourth
and Cooper Streets
Camden, NJ 08101

RECEIVED
APR 17 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE: Hines v. Lanigan, et al 1:20-cv-03183-NLH-AMD

Dear Clerk

Please be advised Plaintiff wishes to re-open above captioned complaint. Find enclosed complete in forma pauperis application, including an affidavit of indigence and a certified copy of Plaintiff's trust fund account showing six mounths period immediately preceeding the filing of the complaint.

Please take notice authorized officer of institution was signed on February 6, 2020. Plaintiff received it on February 19, 2020 mailed it on March 18, 2020 please except enclosed account do to corus virus pandemic has closed the institutions. If recent copy is warrated, I have requested one. No tell when they will honor it? Signature on last page of account statement.

Eric Hines