THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A **CIVIL RIGHTS** CASE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ERIC HINES
(Plaintiff in this action)

v.

GARY M. LANIGAN, ET AL

_____

_____
(Defendant(s) in this action)

: **AFFIDAVIT OF POVERTY**
: **and ACCOUNT CERTIFICATION**
: **(CIVIL RIGHTS)**
:
: Civil Action No. 1:20-cv-03183-NLH-AMD
: (To be supplied by the Clerk of the Court)
:
: DNJ-Pro Se-007-A-(Rev.05/2013)

RECEIVED
APR 17 2020
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

**Instructions:**

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. See Local Civil R. 5.1(f). A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid, regardless of the outcome of the proceeding. See 28 U.S.C. § 1915(b).

The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice and administratively terminating your case without filing the complaint.

DNJ-ProSe-007-A-(Rev.05/2013)

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

In support of this application, I state the following under the penalty of perjury:

1. I, **ERIC HINES** (print your name), declare that I am the
   ☑ Plaintiff / movant    ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

2. The nature of my claim or the issues I intend to present on appeal are briefly stated as follows:

**EIGHTH AND FOURTHEETH AMENDMENT VIOLATION, AMERICANS WITH DISABILITES ACT (ADA) CONSTITUTIONAL RIGHTS VIOLATION. WITH OTHER DOCUMENTED COMPLAINTS**

3. List dates and places of confinement for the immediately preceding six months:

   Dates of Confinement         Places of Confinement
   **JUNE 16, 2015**             **SOUTH WOODS STATE PRISON**

   For each institution in which you have been confined for the preceding six months, you must obtain a copy of your prison account and the signature of the appropriate prison official (see certification on p. 3).

4. Are you employed at your current institution?                                       ☐ Yes   ☑ No

   Do you receive any payment or money from your current institution?                  ☐ Yes   ☑ No

   If Yes, state how much you receive each month: _____

5. In the past 12 months, have you received any money from any of the following sources?

   |   |   |   | Amount |
   |---|---|---|--------|
   | a. | Business, profession, or other self-employment | ☐ Yes ☑ No |  |
   | b. | Rent payments, interest, or dividends | ☐ Yes ☑ No |  |
   | c. | Pensions, annuities, or life insurance payments | ☐ Yes ☑ No |  |
   | d. | Disability or workers compensation payments | ☐ Yes ☑ No |  |
   | e. | Gifts or inheritances | ☐ Yes ☑ No |  |
   | f. | Any other sources | ☐ Yes ☑ No |  |

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A **CIVIL RIGHTS** CASE

6. Other than your prison account, do you have cash or a checking or savings account in your name?

    ☐ Yes    ☒ No

    If "Yes," state the total in the account at this time: _____

7. Do you own any other assets or property?    ☐ Yes    ☒ No

    If "Yes," please describe: _____

8. I, __ERIC HINES #663508/146993B__
    (Print or Type Name and Number of Prisoner)

    declare under penalty of perjury that the aforesaid statements made by me are true and correct. I authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $ 350.-- fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

    __April 7, 2020__                          __Eric Hines__
    DATE                                          SIGNATURE OF PRISONER

THIS PORTION OF YOUR APPLICATION SHALL **NOT** BE LEFT BLANK.
IF THIS PORTION IS NOT COMPLETED, YOUR APPLICATION WILL BE DENIED WITHOUT PREJUDICE

## ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL

I, _____ (print name), certify that the attached trust fund account statement (or institutional equivalent) is a true and correct copy.

_____                    _____ (Signature)
DATE

                                          _____ (Title)

# TRUST ACCOUNT STATEMENT

STATEMENT DATE: 08/06/2019 - 02/06/2020

SBI #: 000146993B　　　Name: HINES, ERIC　　　　DOB: 06/14/1965
LOCATION: SWSP-ACSU-C POD-1024 C　　　　　　　　INM# 663508
PED: 04/14/2027　　　As of Date: 04/14/2027　　　Max Date: 04/14/2027

RECEIVED
APR 17 2020
AT 8:30
WILLIAM T. WALSH, CLERK

| LOCATION | SUB ACCOUNT | | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|
| BSP | 2101 | SPENDABLE | 0.00 | 0.00 |
| BSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| BSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |
| CRAF | 2101 | SPENDABLE | 0.00 | 0.00 |
| CRAF | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| CRAF | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |
| EJSP | 2101 | SPENDABLE | 0.00 | 0.00 |
| EJSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| EJSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |
| NJPA | 21010 | OFFENDER ACCOUNTS | 0.00 | 0.00 |
| NJSP | 2101 | SPENDABLE | 0.00 | 0.00 |
| NJSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| NJSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |
| NSP | 2101 | SPENDABLE | 0.00 | 0.00 |
| SSCF | 2101 | SPENDABLE | 0.00 | 0.00 |
| SSCF | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| SSCF | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |
| SWSP | 2101 | SPENDABLE | 0.00 | 0.00 |
| SWSP | 2102 | WORK RELEASE SAVINGS | 0.00 | 0.00 |
| SWSP | 2103 | RELEASE SAVINGS | 0.00 | 0.00 |

## DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED | INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| LGLML | LEGAL MAIL LOAN | 11/02/2007 | @ SWSP | 453.29 | 2.52 | 450.77 | ACTIVE |
| MEDL | MEDICAL LOAN | 07/12/2007 | @ SWSP | 156.30 | 57.87 | 98.43 | ACTIVE |
| COPL | LEGAL COPY LOAN | 06/19/2007 | @ SWSP | 873.20 | 3.20 | 870.00 | ACTIVE |
| RXL | PHARMACY LOAN | 06/12/2007 | @ SWSP | 85.39 | 9.39 | 76.00 | ACTIVE |
| COL | COMMISSARY LOAN | 11/29/2006 | @ SWSP | 16.63 | 16.63 | 0.00 | ACTIVE |
| IDL | ID CARD LOAN | 06/25/2018 | @ SWSP | 0.00 | 0.00 | 0.00 | ACTIVE |
| DDL | DENTAL LOAN | 08/01/2016 | @ SWSP | 5.00 | 0.00 | 5.00 | ACTIVE |
| RXL | PHARMACY LOAN | 07/07/2005 | @ SSCF | 2.00 | 2.00 | 0.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 07/07/2005 | @ SSCF | 5.00 | 5.00 | 0.00 | ACTIVE |
| COL | COMMISSARY LOAN | 06/30/2005 | @ SSCF | 23.35 | 23.35 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 12/05/2018 | @ NJSP | 33.76 | 0.00 | 33.76 | ACTIVE |
| COPL | LEGAL COPY LOAN | 12/04/2018 | @ NJSP | 70.60 | 0.00 | 70.60 | ACTIVE |
| RXL | PHARMACY LOAN | 06/21/2006 | @ NJSP | 1.00 | 1.00 | 0.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 06/21/2006 | @ NJSP | 10.00 | 5.00 | 5.00 | ACTIVE |
| IDL | ID CARD LOAN | 10/24/2012 | @ EJSP | 1.81 | 0.00 | 1.81 | ACTIVE |
| COPL | LEGAL COPY LOAN | 04/04/2012 | @ EJSP | 169.46 | 35.38 | 134.08 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 01/09/2012 | @ EJSP | 153.33 | 9.39 | 143.94 | ACTIVE |
| DDL | DENTAL LOAN | 12/05/2011 | @ EJSP | 15.00 | 15.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 12/13/2010 | @ EJSP | 41.00 | 29.00 | 12.00 | ACTIVE |

## TRUST ACCOUNT STATEMENT

**STATEMENT DATE:** 08/06/2019 - 02/06/2020

**SBI #:** 000146993B  **Name:** HINES, ERIC  **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C  **INM#** 663508

### DEBTS AND LOANS SUMMARY

| TYPE  | PAYABLE          | DATE CREATED | INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|-------|------------------|--------------|-------------|-----------------|-------------|--------------|--------|
| MEDL  | MEDICAL LOAN     | 12/13/2010   | @ EJSP      | 45.86           | 40.73       | 5.13         | ACTIVE |
| COL   | COMMISSARY LOAN  | 04/23/2015   | @ EJSP      | 1.99            | 0.00        | 1.99         | ACTIVE |
| RXL   | PHARMACY LOAN    | 06/16/2005   | @ CRAF      | 7.00            | 7.00        | 0.00         | ACTIVE |
| MEDL  | MEDICAL LOAN     | 06/16/2005   | @ CRAF      | 15.00           | 15.00       | 0.00         | ACTIVE |
| LGLML | LEGAL MAIL LOAN  | 04/17/2003   | @ CRAF      | 22.24           | 22.24       | 0.00         | ACTIVE |
| LGLML | LEGAL MAIL LOAN  | 05/19/2003   | @ BSP       | 4.75            | 4.75        | 0.00         | ACTIVE |
| COPL  | LEGAL COPY LOAN  | 05/13/2003   | @ BSP       | 16.49           | 16.49       | 0.00         | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE   | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|--------|---------|---------------------|-----------------|-------------|--------------|--------|
| PLRA   | FEDERAL LITIGATION FILING FEE | Civil Action #17-2864 (NLH) | 350.00 | 0.00 | 350.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 04-03-01124-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 99-08-00585-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 99-06-01753-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 98-10-03861-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | Cam-09-10-03535-i | 30.00 | 30.00 | 0.00 | ACTIVE |
| CDRC   | $100 CRIMINAL DISP. AND REV. COLLECTION | Cam-09-10-03535-i | 6.00 | 6.00 | 0.00 | ACTIVE |
| VWAF   | $100 VICTIMS AND WITNESS ADVOCACY FUND | Cam-09-10-03535-i | 16.00 | 16.00 | 0.00 | ACTIVE |
| VCCBX  | >100 VICTIMS OF CRIME COMPENSATION BOARD | Cam-09-10-03535-i | 100.00 | 100.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 04-03-01124-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-11-03522-Z | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-08-00585-I | 78.00 | 78.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-06-01753-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 98-10-03861-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 04-03-01124-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-11-03522-Z | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-08-00585-I | 6.00 | 6.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-06-01753-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 98-10-03861-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 04-03-01124-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 99-11-03522-Z | 8.00 | 8.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS | 99-08-00585-I | 16.00 | 16.00 | 0.00 | ACTIVE |

```
                        DEPARTMENT OF CORRECTIONS                    Page    3 of    24
COIHUDS                  SOUTH WOODS STATE PRISON                         OTRTASTA
                           TRUST ACCOUNT STATEMENT

                STATEMENT DATE: 08/06/2019  -  02/06/2020
```

**SBI #:** 000146993B  **Name:** HINES, ERIC  **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C  **INM#** 663508

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 99-06-01753-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 98-10-03861-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| CREST | COURT ORDERED RESTITUTION | 11/23/99 15:05:57 3 | 1,229.76 | 1,229.76 | 0.00 | ACTIVE |
| DEDR | DRUG ENFORCEMENT | 98-10-03861-I | 1,000.00 | 0.00 | 1,000.00 | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | 11/23/99 09:03:59 1 | 66.26 | 66.26 | 0.00 | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | Cam-09-10-03535-i | 78.00 | 78.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 04-03-01124-I | 75.00 | 0.00 | 75.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-11-03522-Z | 75.00 | 0.00 | 75.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-08-00585-I | 150.00 | 0.00 | 150.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-06-01753-I | 75.00 | 0.00 | 75.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 98-10-03861-I | 75.00 | 32.56 | 42.44 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 11/23/99 09:04:03 1 | 150.00 | 150.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | Cam-09-10-03535-i | 225.00 | 0.00 | 225.00 | ACTIVE |
| FLF | FORENSIC LAB FEES | 98-10-03861-I | 50.00 | 0.00 | 50.00 | ACTIVE |
| OTF | OBLIGATION TRANSACTION FEE | 05022000 @NJPA | | 0.00 | UNLIMITED | ACTIVE |
| FS | FINE - STATE | 11/23/99 09:04:05 1 | 750.00 | 0.00 | 750.00 | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 11272006 @SWSP | | 26.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06232005 @SSCF | | 3.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 11172016 @NSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06142006 @NJSP | | 1.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 09272010 @EJSP | | 6.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06032005 @CRAF | | 0.00 | UNLIMITED | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A000044-19T4 M002188-19 | 0.00 | 0.00 | 0.00 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A003259-18t3 M007650-18 | 0.06 | 0.00 | 0.06 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A002791-18T4 M005939-18 | 0.00 | 0.00 | 0.00 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A003795-18T4 M008696-18 | 0.00 | 0.00 | 0.00 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A003454-18t4 M008688-18 | 0.00 | 0.00 | 0.00 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A-000446-13T4 | 5.37 | 5.37 | 0.00 | ACTIVE |

**TRANSACTION DESCRIPTIONS**    21010 OFFENDER ACCOUNTS SUB ACCOUNT

| DATE | LOCATION TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | BEGINNING BALANCE: | | 0.00 |

# TRUST ACCOUNT STATEMENT

**STATEMENT DATE:** 08/06/2019  -  02/06/2020

**SBI #:** 000146993B     **Name:** HINES, ERIC     **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C             **INM#** 663508

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 08/12/2019 | SWSP | COPL | LEGAL COPIES LOAN | 0.80 | 0.80 |
| 08/12/2019 | SWSP | LC | LEGAL COPIES | (0.80) | 0.00 |
| 08/15/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 08/15/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 08/15/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 08/15/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 08/15/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 08/15/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 08/15/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.05 | 2.05 |
| 08/15/2019 | SWSP | POS | POSTAGE | (2.05) | 0.00 |
| 08/15/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.05 | 2.05 |
| 08/15/2019 | SWSP | POS | POSTAGE | (2.05) | 0.00 |
| 08/19/2019 | SWSP | COPL | LEGAL COPIES LOAN | 4.00 | 4.00 |
| 08/19/2019 | SWSP | LC | LEGAL COPIES | (4.00) | 0.00 |
| 08/19/2019 | SWSP | COPL | LEGAL COPIES LOAN | 19.20 | 19.20 |
| 08/19/2019 | SWSP | LC | LEGAL COPIES | (19.20) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 08/19/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 08/19/2019 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 08/19/2019 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 08/19/2019 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 08/19/2019 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.65 | 2.65 |
| 08/19/2019 | SWSP | POS | POSTAGE | (2.65) | 0.00 |
| 08/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 08/19/2019 | SWSP | POS | POSTAGE | (8.30) | 0.00 |
| 08/23/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 08/23/2019 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 08/23/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.80 | 2.80 |
| 08/23/2019 | SWSP | POS | POSTAGE | (2.80) | 0.00 |
| 08/26/2019 | SWSP | COPL | LEGAL COPIES LOAN | 25.20 | 25.20 |
| 08/26/2019 | SWSP | LC | LEGAL COPIES | (25.20) | 0.00 |
| 08/26/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.90 | 1.90 |

```
COIHUDS                    DEPARTMENT OF CORRECTIONS                          OTRTASTA
                            SOUTH WOODS STATE PRISON
                              TRUST ACCOUNT STATEMENT

                  STATEMENT DATE: 08/06/2019  -  02/06/2020


SBI #:  000146993B          Name: HINES, ERIC              DOB:   06/14/1965
LOCATION: SWSP-ACSU-C POD-1024 C                           INM#   663508
```

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 08/26/2019 | SWSP | POS | POSTAGE | (1.90) | 0.00 |
| 08/26/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.90 | 1.90 |
| 08/26/2019 | SWSP | POS | POSTAGE | (1.90) | 0.00 |
| 08/26/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.90 | 1.90 |
| 08/26/2019 | SWSP | POS | POSTAGE | (1.90) | 0.00 |
| 09/03/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 09/03/2019 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 09/03/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.50 | 2.50 |
| 09/03/2019 | SWSP | POS | POSTAGE | (2.50) | 0.00 |
| 09/03/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.50 | 2.50 |
| 09/03/2019 | SWSP | POS | POSTAGE | (2.50) | 0.00 |
| 09/03/2019 | SWSP | COPL | LEGAL COPIES LOAN | 19.10 | 19.10 |
| 09/03/2019 | SWSP | LC | LEGAL COPIES | (19.10) | 0.00 |
| 09/06/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 09/06/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 09/16/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 09/16/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 09/16/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 09/16/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 09/16/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 09/16/2019 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 09/16/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.35 | 7.35 |
| 09/16/2019 | SWSP | POS | POSTAGE | (7.35) | 0.00 |
| 09/23/2019 | SWSP | COPL | LEGAL COPIES LOAN | 15.00 | 15.00 |
| 09/23/2019 | SWSP | LC | LEGAL COPIES | (15.00) | 0.00 |
| 09/30/2019 | SWSP | RXL | PHARMACY LOAN | 9.00 | 9.00 |
| 09/30/2019 | SWSP | RX | AUTOPAYMENT: RX 25-SEP-19 | (9.00) | 0.00 |
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 10/01/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 10/01/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/01/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/01/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/01/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 08/06/2019 - 02/06/2020

**SBI #:** 000146993B　　　　**Name:** HINES, ERIC　　　　**DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C　　　　　　　　　　　**INM#** 663508

**TRANSACTION DESCRIPTIONS　　2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 10/01/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/01/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/01/2019 | SWSP | COPL | LEGAL COPIES LOAN | 6.40 | 6.40 |
| 10/01/2019 | SWSP | LC | LEGAL COPIES | (6.40) | 0.00 |
| 10/01/2019 | SWSP | COPL | LEGAL COPIES LOAN | 12.50 | 12.50 |
| 10/01/2019 | SWSP | LC | LEGAL COPIES | (12.50) | 0.00 |
| 10/02/2019 | SWSP | COPL | LEGAL COPIES LOAN | 10.00 | 10.00 |
| 10/02/2019 | SWSP | LC | LEGAL COPIES | (10.00) | 0.00 |
| 10/04/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/04/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/04/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/04/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/04/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/04/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/07/2019 | SWSP | COPL | LEGAL COPIES LOAN | 20.80 | 20.80 |
| 10/07/2019 | SWSP | LC | LEGAL COPIES | (20.80) | 0.00 |
| 10/08/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.35 | 7.35 |
| 10/08/2019 | SWSP | POS | POSTAGE | (7.35) | 0.00 |
| 10/08/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.35 | 7.35 |
| 10/08/2019 | SWSP | POS | POSTAGE | (7.35) | 0.00 |
| 10/08/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/08/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.45 | 1.45 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.45) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/11/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.75 | 1.75 |
| 10/11/2019 | SWSP | POS | POSTAGE | (1.75) | 0.00 |
| 10/21/2019 | SWSP | COPL | LEGAL COPIES LOAN | 8.80 | 8.80 |
| 10/21/2019 | SWSP | LC | LEGAL COPIES | (8.80) | 0.00 |
| 10/21/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |

02/06/2020 15:50     DEPARTMENT OF CORRECTIONS     Page 10 of 24

| | | |
|---|---|---|
| COIHUDS | SOUTH WOODS STATE PRISON | OTRTASTA |

TRUST ACCOUNT STATEMENT

**STATEMENT DATE:** 08/06/2019  -  02/06/2020

**SBI #:** 000146993B    **Name:** HINES, ERIC    **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C    **INM#** 663508

**TRANSACTION DESCRIPTIONS**    **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 10/21/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/21/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/21/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/21/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/21/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/21/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.35 | 2.35 |
| 10/21/2019 | SWSP | POS | POSTAGE | (2.35) | 0.00 |
| 10/25/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 10/25/2019 | SWSP | POS | POSTAGE | (8.30) | 0.00 |
| 10/25/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/25/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/28/2019 | SWSP | COPL | LEGAL COPIES LOAN | 12.30 | 12.30 |
| 10/28/2019 | SWSP | LC | LEGAL COPIES | (12.30) | 0.00 |
| 10/28/2019 | SWSP | COPL | LEGAL COPIES LOAN | 7.20 | 7.20 |
| 10/28/2019 | SWSP | LC | LEGAL COPIES | (7.20) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/31/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 10/31/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 10/31/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 10/31/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 10/31/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/31/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 10/31/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 2.35 | 2.35 |
| 10/31/2019 | SWSP | POS | POSTAGE | (2.35) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 10/31/2019 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 10/31/2019 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 10/31/2019 | SWSP | POS | POSTAGE | (8.30) | 0.00 |

```
02/06/2020 15:50                DEPARTMENT OF CORRECTIONS                      Page     8 of    24
COIHUDS                          SOUTH WOODS STATE PRISON                              OTRTASTA
                                   TRUST ACCOUNT STATEMENT
                          STATEMENT DATE: 08/06/2019  -  02/06/2020


SBI #:   000146993B          Name: HINES, ERIC              DOB:    06/14/1965
LOCATION: SWSP-ACSU-C POD-1024 C                            INM#    663508


TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT
DATE        LOCATION TYPE  TRANSACTION DESCRIPTION            TRANSACTION AMT    BALANCE
```

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 10/31/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 10/31/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 11/04/2019 | SWSP | RXL | PHARMACY LOAN | 2.00 | 2.00 |
| 11/04/2019 | SWSP | RX | AUTOPAYMENT: RX 29-OCT-19 | (2.00) | 0.00 |
| 11/04/2019 | SWSP | COPL | LEGAL COPIES LOAN | 48.40 | 48.40 |
| 11/04/2019 | SWSP | LC | LEGAL COPIES | (48.40) | 0.00 |
| 11/04/2019 | SWSP | COPL | LEGAL COPIES LOAN | 70.10 | 70.10 |
| 11/04/2019 | SWSP | LC | LEGAL COPIES | (70.10) | 0.00 |
| 11/04/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 11/04/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 11/12/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 11/12/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 11/18/2019 | SWSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 11/18/2019 | SWSP | MED | AUTOPAYMENT: MED 12-NOV-19 | (5.00) | 0.00 |
| 11/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 11/19/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 11/22/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 11/22/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 11/22/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 11/22/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 11/25/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 11/25/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 11/26/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 11/26/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 11/29/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 11/29/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 12/02/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 12/02/2019 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 12/02/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 12/02/2019 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 1.20 | 1.20 |
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (1.20) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 10.80 | 10.80 |
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (10.80) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 0.10 | 0.10 |
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (0.10) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 0.70 | 0.70 |

```
                    DEPARTMENT OF CORRECTIONS
COIHUDS              SOUTH WOODS STATE PRISON                    OTRTASTA
                        TRUST ACCOUNT STATEMENT

              STATEMENT DATE: 08/06/2019  -  02/06/2020


SBI #:  000146993B       Name: HINES, ERIC          DOB:   06/14/1965
LOCATION: SWSP-ACSU-C POD-1024 C                    INM#   663508
```

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (0.70) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 2.80 | 2.80 |
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (2.80) | 0.00 |
| 12/05/2019 | SWSP | COPL | LEGAL COPIES LOAN | 0.10 | 0.10 |
| 12/05/2019 | SWSP | LC | LEGAL COPIES | (0.10) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 12/17/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 12/17/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 12/17/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.00 | 1.00 |
| 12/17/2019 | SWSP | POS | POSTAGE | (1.00) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.45 | 1.45 |
| 12/17/2019 | SWSP | POS | POSTAGE | (1.45) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 12/17/2019 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.90 | 1.90 |
| 12/17/2019 | SWSP | POS | POSTAGE | (1.90) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 1.90 | 1.90 |
| 12/17/2019 | SWSP | POS | POSTAGE | (1.90) | 0.00 |
| 12/17/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 12/17/2019 | SWSP | POS | POSTAGE | (8.30) | 0.00 |
| 12/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 12/19/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 12/19/2019 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |
| 12/19/2019 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 12/23/2019 | SWSP | RXL | PHARMACY LOAN | 4.00 | 4.00 |
| 12/23/2019 | SWSP | RX | AUTOPAYMENT: RX 17-DEC-19 | (4.00) | 0.00 |
| 12/23/2019 | SWSP | COPL | LEGAL COPIES LOAN | 17.40 | 17.40 |
| 12/23/2019 | SWSP | LC | LEGAL COPIES | (17.40) | 0.00 |
| 12/23/2019 | SWSP | COPL | LEGAL COPIES LOAN | 19.60 | 19.60 |
| 12/23/2019 | SWSP | LC | LEGAL COPIES | (19.60) | 0.00 |
| 12/23/2019 | SWSP | COPL | LEGAL COPIES LOAN | 14.70 | 14.70 |
| 12/23/2019 | SWSP | LC | LEGAL COPIES | (14.70) | 0.00 |
| 12/27/2019 | SWSP | COPL | LEGAL COPIES LOAN | 10.00 | 10.00 |
| 12/27/2019 | SWSP | COP | COPIES | (10.00) | 0.00 |

DEPARTMENT OF CORRECTIONS  Page 10 of 24

COIHUDS  SOUTH WOODS STATE PRISON  OTRTASTA

TRUST ACCOUNT STATEMENT

STATEMENT DATE: 08/06/2019 - 02/06/2020

**SBI #:** 000146993B  **Name:** HINES, ERIC  **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C  **INM#** 663508

**TRANSACTION DESCRIPTIONS   2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 01/03/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 01/03/2020 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 01/03/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 7.85 | 7.85 |
| 01/03/2020 | SWSP | POS | POSTAGE | (7.85) | 0.00 |
| 01/03/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 2.20 | 2.20 |
| 01/03/2020 | SWSP | POS | POSTAGE | (2.20) | 0.00 |
| 01/03/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 1.60 | 1.60 |
| 01/03/2020 | SWSP | POS | POSTAGE | (1.60) | 0.00 |
| 01/03/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 1.45 | 1.45 |
| 01/03/2020 | SWSP | POS | POSTAGE | (1.45) | 0.00 |
| 01/07/2020 | SWSP | COPL | LEGAL COPIES LOAN | 44.50 | 44.50 |
| 01/07/2020 | SWSP | LC | LEGAL COPIES | (44.50) | 0.00 |
| 01/07/2020 | SWSP | COPL | LEGAL COPIES LOAN | 0.80 | 0.80 |
| 01/07/2020 | SWSP | LC | LEGAL COPIES | (0.80) | 0.00 |
| 01/07/2020 | SWSP | COPL | LEGAL COPIES LOAN | 0.10 | 0.10 |
| 01/07/2020 | SWSP | LC | LEGAL COPIES | (0.10) | 0.00 |
| 01/07/2020 | SWSP | COPL | LEGAL COPIES LOAN | 30.40 | 30.40 |
| 01/07/2020 | SWSP | LC | LEGAL COPIES | (30.40) | 0.00 |
| 01/10/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 1.45 | 1.45 |
| 01/10/2020 | SWSP | POS | POSTAGE | (1.45) | 0.00 |
| 01/10/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 1.45 | 1.45 |
| 01/10/2020 | SWSP | POS | POSTAGE | (1.45) | 0.00 |
| 01/10/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 2.20 | 2.20 |
| 01/10/2020 | SWSP | POS | POSTAGE | (2.20) | 0.00 |
| 01/10/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 01/10/2020 | SWSP | POS | POSTAGE | (8.30) | 0.00 |
| 01/10/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 8.30 | 8.30 |
| 01/10/2020 | SWSP | POS | POSTAGE | (8.30) | 0.00 |
| 01/13/2020 | SWSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 01/13/2020 | SWSP | MED | AUTOPAYMENT: MED 11-JAN-20 | (5.00) | 0.00 |
| 01/14/2020 | SWSP | COPL | LEGAL COPIES LOAN | 23.60 | 23.60 |
| 01/14/2020 | SWSP | LC | LEGAL COPIES | (23.60) | 0.00 |
| 01/24/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 2.05 | 2.05 |
| 01/24/2020 | SWSP | POS | POSTAGE | (2.05) | 0.00 |
| 01/24/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 0.85 | 0.85 |
| 01/24/2020 | SWSP | POS | POSTAGE | (0.85) | 0.00 |
| 01/27/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 0.55 | 0.55 |

COIHUDS                    **SOUTH WOODS STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 08/06/2019  -  02/06/2020

**SBI #:** 000146993B        **Name:** HINES, ERIC        **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1024 C                     **INM#** 663508

**TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 01/27/2020 | SWSP | POS | POSTAGE | (0.55) | 0.00 |
| 01/27/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 0.70 | 0.70 |
| 01/27/2020 | SWSP | POS | POSTAGE | (0.70) | 0.00 |
| 01/30/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 8.70 | 8.70 |
| 01/30/2020 | SWSP | POS | POSTAGE | (8.70) | 0.00 |
| 01/30/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 8.70 | 8.70 |
| 01/30/2020 | SWSP | POS | POSTAGE | (8.70) | 0.00 |
| 01/30/2020 | SWSP | LGLML | LEGAL MAIL LOAN | 8.25 | 8.25 |
| 01/30/2020 | SWSP | POS | POSTAGE | (8.25) | 0.00 |
| 02/06/2020 | SWSP | COPL | LEGAL COPIES LOAN | 5.50 | 5.50 |
| 02/06/2020 | SWSP | LC | LEGAL COPIES | (5.50) | 0.00 |

**TRANSACTION DESCRIPTIONS    2102 WORK RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
|  |  |  | BEGINNING BALANCE: |  | 0.00 |

**TRANSACTION DESCRIPTIONS    2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
|  |  |  | BEGINNING BALANCE: |  | 0.00 |

**SWSP BUSINESS OFFICE**
**215 BURLINGTON ROAD SOUTH**
**BRIDGETON, NJ 08302**

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____2·6·20_____           _____[signature]_____
          Date                    Authorized Officer of Institution

**SUPV. OF ACCOUNTS**

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - (Cut along dotted line) - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIC HINES
#663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SO.
BRIDGETON, NJ 08302



ATT: CLERK OF THE COURT
MITCHELL H. COHEN BUILDING AND
U.S. COURTHOUSE, FORTH AND COOPER
STREETS.
CAMDEN, NEW JERSEY 08101

RECEIVED
APR 17 2020
AT 8:30
WILLIAM T. WALSH
CLERK