UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VINCINAGE

| | | |
|---|---|---|
| ERIC HINES | : | Honorable Joel Schneider, U.S.M.J. |
| Plaintiff | : | |
| | : | Civil Action No.: 1:20-cv-03183-NLH-AMD |
| v. | : | |
| GARY M. LANIGAN, et al | : | **SUBSTITUTION OF ATTORNEY** |
| Defendant | : | |

I, Eric Hines, hereby withdraws as Pro Se and Joseph D. Lento, of Lento Law Group, P.C. hereby substitutes as counsel for Plaintiff, Eric Hines, with regards to the above captioned matter.

_Joseph D. Lento_
Joseph D. Lento, Esquire
Lento Law Group, P.C.

Dated: November 6, 2020

_Eric Hines_
Eric Hines
Pro Se

Dated: 11/13/2020