Joseph D. Lento
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Suite 200
MT. Laurel, NJ 08054
Telephone: 856-652-2000
Fax: 856-375-1010
Email: JdLento@optimumlawgroup.com

Keith Altman *(pro hac vice pending)*
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff, Eric Hines*

### IN THE UNITED STATE DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VINCINAGE

|  |  |  |
|---|---|---|
| ERIC HINES, | ) | Civil Action No. 1:20-cv-03183 (NLH) (SAK) |
|  | ) |  |
| Plaintiff, | ) | **DECLARATION OF KEITH ALTMAN** |
|  | ) | **IN SUPPORT OF MOTION TO** |
| v. | ) | **ADMIT COUNSEL PRO HAC VICE** |
|  | ) |  |
|  | ) | *DOCUMENT FILED* |
| GARY M. LANIGAN, et al., | ) | *ELECTRONICALLY* |
|  | ) |  |
| Defendants. | ) |  |

I, **KEITH ALTMAN**, state the following of my own personal knowledge:

1.     I am an attorney at the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334.

2.     I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2008, Bar No. 257309, *certificate of good standing attached*); the State of Michigan (2017, Bar No. P81702, *certificate of good standing attached*); the Federal Courts of Eastern Michigan (2015), Western Michigan (2011), Maryland (2017), Northern California (2011), Southern California (2008), Central California (2013), Eastern California (2017), Northern New York (2020), Southern Indiana (2021), Northern Illinois (2021), Central Illinois (2021), Colorado (2009), North Dakota (2022), Southern Texas (2022), and Western Texas (2021); the Appeals Courts for the Second (2017), Third (2022), Fourth (2022), Fifth (2020), Sixth (2018), Eighth (2017), Ninth (2018), and Eleventh (2017) Circuits; and the United States Supreme Court (2012).

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. I made a payment in the amount of $212.00 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection on February 23, 2022. (*see attached receipt of payment*)

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear pro hac vice, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19 day of May 2022

5/18/22

Keith Altman, Esq.
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

Subscribed and sworn to before
Me this 19 day of May, 2022.

Branden Gulla
Notary Public State of Michigan
Oakland County
My Commission Expires 6/26/2026
Acting in the County of Oakland County