Joseph D. Lento
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Suite 200
MT. Laurel, NJ 08054
Telephone: 856-652-2000
Fax: 856-375-1010
Email: JdLento@optimumlawgroup.com

Keith Altman (*pro hac vice pending*)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff, Eric Hines*

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC HINES, | Civil Action No. 1:20-cv-03183 (NLH) (SAK) |
| *Plaintiff,* | **APPLICATION AND CERTIFICATION OF JOSEPH D. LENTO IN SUPPORT OF THE PRO HAC VICE ADMISSION OF CO-COUNSEL** |
| v. | |
| GARY M. LANIGAN, et al., | *DOCUMENT FILED ELECTRONICALLY* |
| *Defendants.* | |

**JOSEPH D. LENTO**, of full age, hereby certifies as follows:

1.  I am the president of the law firm Lento Law Group, P.C., 3000 Atrium Way, Suite 200, MT. Laurel, New Jersey 08054. I am admitted to practice before the Courts of the State of New Jersey, the United States District Court for the District of New Jersey, and the State of Pennsylvania. I am a member in good standing in each of these bars. I presently am not the subject of any disbarment or suspension proceeding before this or any

Court. I consented to a one-year suspension of my Pennsylvania Bar license in 2013 and the New Jersey Bar thereafter imposed reciprocal retroactive discipline after recommending a reprimand. The Eastern District of Pennsylvania in 2013 imposed an administrative suspension in response to my PA Bar consent suspension.

2.   I submit this Certification in support of the application by Plaintiff Eric Hines, for admission *pro hac vice* of Keith Altman, Esq. of the law firm Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334, to appear in this action as co-counsel for Plaintiff.

3.   Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Lento Law Group, P.C. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, Orders and pleadings.

4.   On behalf of Plaintiff, I respectfully request that the Court grant its application to have Keith Altman, Esq., admitted pro hac vice to appear and participate as their co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: May 18, 2022

                                        */s/ Joseph D. Lento*
                                        Joseph D. Lento, Esq.