UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                              :
ERIC HINES,                   :
                              :
          Plaintiff,          :    Civ. No. 20-3183 (NLH)(SAK)
                              :
     v.                       :        ORDER TO SHOW CAUSE
                              :
                              :
SHERITA LATIMORE-COLLIER, MD, :
et al.,                       :
                              :
          Defendants.         :
_____:
```

APPEARANCES:

Joseph D Lento, Esq.
Lento Law Group, P.C.
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08054

     Attorneys for Plaintiff

HILLMAN, District Judge

     WHEREAS, Plaintiff Eric Hines filed a pro se complaint

under 42 U.S.C. § 1983 on March 24, 2020.  ECF No. 1; and

     WHEREAS, the Court granted Plaintiff's in forma pauperis

application on September 28, 2020, ECF No. 5; and

     WHEREAS, Counsel for Plaintiff entered an appearance on

November 19, 2020, ECF No. 6; and

     WHEREAS, the Court permitted the complaint to proceed in

part on April 8, 2022, ECF No. 8.  Under Federal Rule of Civil

Procedure 4, Plaintiff was entitled to have the complaint served

1

on Defendants by the United States Marshal.  Fed. R. Civ. P.
4(c)(3).  Accordingly, the Clerk's Office sent U.S. Marshal Form
285 to counsel on April 8, 2022.  ECF No. 9; and

WHEREAS, Plaintiff has not returned the completed forms to
the Clerk's Office for service; and

WHEREAS, Plaintiff has not filed any proof of service on
the docket.  "Unless service is waived, proof of service must be
made to the court."  Fed. R. Civ. P. 4(l)(1); and

WHEREAS, "[i]f a defendant is not served within 90 days
after the complaint is filed, the court — on motion or on its
own after notice to the plaintiff — must dismiss the action
without prejudice against that defendant or order that service
be made within a specified time."  Fed. R. Civ. P. 4(m).  The
time for service expired July 7, 2022,

IT IS therefore on this   13th   day of   July  , 2022,

ORDERED that within 14 days of this Order, Plaintiff shall
show cause in writing why the complaint should not be dismissed
for failure to serve the complaint on defendants.


                                    s/  Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.