

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

July 25, 2022

**Via CM/ECF**
Honorable Sharon A. King
United States Magistrate Judge for the District of New Jersey

    Re:    *Hines v. Lanigan, et al.;* **Case No. 1:20-cv-03183-NLH-SAK**
             **United States District Court of New Jersey, Camden Vicinage**

Dear Magistrate Judge King,

    Counsel for Plaintiff, Eric Hines, respectfully notices the Court of the withdrawal of its Motion for Pro Hac Vice Admission of Keith Altman [ECF 10].

                                Respectfully Submitted,

                                Keith Altman, Esq. (*pro hac vice pending*)
                                Law Office of Keith Altman
                                33228 West 12 Mile Road, Suite 375
                                Farmington Hills, MI 48334
                                Telephone: (248) 987-8929
                                Email: keithaltman@kaltmanlaw.com

                                /s/Joseph D. Lento
                                Joseph D. Lento, Esq.
                                LENTO LAW GROUP, P.C.
                                3000 Atrium Way, Suite 200
                                MT. Laurel, NJ 08054
                                Telephone: 856-652-2000
                                Fax: 856-375-1010
                                Email: JdLento@optimumlawgroup.com
                                *Counsel for Plaintiff*