[ECF No. 10]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **ERIC HINES** | |
| **Plaintiff,** | |
| **v.** | **Civil No. 20-3183 (NLH/SAK)** |
| **COMMISSIONER GARY M. LANIGAN et al.,** | |
| **Defendants.** | |

## ORDER

**WHEREAS**, on July 05, 2022, Joseph D. Lento, Esquire, counsel for Plaintiff Eric Hines ("Plaintiff") filed a motion seeking an order allowing Keith Altman, Esquire, to appear and participate *pro hac vice* ("Motion") [ECF No. 10].

**WHEREAS**, on July 25, 2022, Mr. Lento filed a letter requesting withdrawal of the Motion [ECF No. 12].

Accordingly, **IT IS** on this **26th** day of **July 2022**, hereby **ORDERED** that Plaintiff's Motion for *Pro Hac Vice* Admission of Keith Altman, Esquire [ECF No. 10] is **DENIED as moot.**

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge